# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|   |   |   |
|---|---|---|
| FREDRICK MARTINEZ, | ) | |
| Petitioner, | ) | 2:07-cv-01038-JCM-PAL |
| vs. | ) | **ORDER** |
| BILL GILESPIE, *et al.*, | ) | |
| Respondents. | ) | |

    This closed action is a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, by an inmate. On May 5, 2008, the court dismissed this case as premature, because petitioner had not yet been convicted of any crime. (ECF No. 5).

    Petitioner has filed a "motion for continuance of writ of habeas corpus" in which he seeks to file a habeas petition in this closed action. (ECF No. 7). Petitioner's motion is denied. To the extent that petitioner seeks to challenge a conviction and has exhausted all claims by bringing them to the Nevada Supreme Court, he may file a new habeas corpus petition in a new action.

    **IT IS THEREFORE ORDERED** that petitioner's motion for a continuance (ECF No. 7) is **DENIED.**

1  **IT FURTHER IS ORDERED** that the clerk of the court shall send petitioner two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for the same, two copies of a blank 28 U.S.C. § 2254 habeas petition form, and one copy of instructions for the same.

**IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but he may not file further documents in this action.

DATED January 31, 2012.

_____
UNITED STATES DISTRICT JUDGE